[No. 3666–9–III.  Division Three.  May 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL
EUGENE JOSLIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. C–7604, Howard Hettinger, J., entered
October 19, 1979. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 3695–2–III.  Division Three.  May 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
LEON POWERS, *Appellant.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. C–7765, Howard Hettinger, J., entered
October 15, 1979. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 8190–0–I.  Division One.  June 1, 1981.]

CANNON REALTY, INC., *Respondent,* v. LEO DIETZ,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 39537, Harry A. Follman, J., entered
November 5, 1979. *Affirmed* by unpublished opinion per
James, C.J., concurred in by Callow and Ringold, JJ.